UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re

    BERNADETTE BENAVIDEZ,

        (Debtor(s))                  No. 13-05-51111 SF

REPORT TO THE COURT ON UNCLAIMED
FUNDS DEPOSITED INTO THE COURT REGISTRY

    COMES NOW the Trustee in Bankruptcy, Kelley L. Skehen, and hereby reports to the court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee did deposit the total sum of $160.95 to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following debtor in the following amount(s):

| No. | Name & Address | Amount |
|---|---|---|
| 10 | Alltell<br>1 Allied Drive<br>Bankruptcy Department<br>Little Rock, AR 72202 | $160.95 |

                                  TOTAL $160.95

                                Respectfully submitted,

                                electronically filed/ks/jg
                                Kelley L. Skehen
                                Chapter 13 Trustee
                                625 Silver SE, Suite 350
                                Albuquerque, NM 87102
                                (505) 243-1335 Office
                                (505) 247-2709 Fax